**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7239**

| | | |
|---|---|---|
| **LARRY FLOYD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | **JUDGE CONLON** |
| **TRANSUNION CONSUMER SOLUTIONS,** | ) | **MAGISTRATE JUDGE VALDEZ** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant Trans Union LLC (incorrectly sued as TransUnion Consumer Solutions) ("Trans Union"), by its attorneys, DLA Piper US LLP, hereby removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division under 28 U.S.C. § 1441(b). In support thereof, Trans Union states as follows:

1. On or about October 26, 2007, a civil action entitled *Larry Floyd v. TransUnion Consumer Solutions,* Case No. 07 M1 207385, was commenced in the Circuit Court of Cook County, Illinois, First Municipal District. The Complaint in this action is dated November 20, 2007.[1] A copy of the Complaint is attached hereto as Exhibit 1.

2. Trans Union was served with a copy of the Complaint on December 19, 2007. A copy of the Summons, which contains the date of service, is attached as Exhibit 2.

---

[1] While the online docket system for the Circuit Court of Cook County provides the original filing date of October 26, 2007, no explanation or other information is provided to explain the difference between the date listed in the docket and the November 20, 2007, date of the Complaint served on Trans Union.

3. The Complaint alleges that Plaintiffs "bring [sic] this complaint for injunctive and declaratory relief pursuant to section 611 [15 USC 1681i(a)] of the Fair Credit Reporting Act in that Trans Union, LLC has place [sic] adverse action on my credit and has refuse [sic] to check for completeness and accuracy of the information that is in there [sic] repository." (Compl., Ex. 1.) The Complaint then lists five (5) specific items of information which Plaintiff alleges that Trans Union has refused to "check for completeness and accuracy." (*Id.*) The Complaint, therefore, unequivocally and specifically alleges a cause of action under the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

4. This Court has original jurisdiction over this action under 15 U.S.C. § 1681p. Consequently, this action may be removed to this Court by Trans Union under 28 U.S.C. § 1441(b) because this lawsuit is founded on the laws of the United States..

5. Under 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within thirty (30) days of Trans Union's receipt of the initial pleading setting forth Plaintiff's claim for relief upon which this action is based.

6. Under 28 U.S.C. § 1446(a), Trans Union has attached to this Notice of Removal copies of all process, pleadings, and orders served upon or filed by it, the removing Defendant in this action.

7. By filing this Notice of Removal, Trans Union does not waive any defenses to the claims asserted by Plaintiff which may be available to it, or concede that Plaintiff has stated any claim upon which relief can be granted.

8. Trans Union further represents that this Notice of Removal will be served on Plaintiff as indicated on the attached Certificate of Service.

9. A copy of this Notice of Removal will be filed with the Circuit Court of Cook County, Illinois.

Date: December 27, 2007

Respectfully submitted,

**TRANS UNION LLC**

By: s/ Albert E. Hartmann
     One of Its Attorneys

Albert E. Hartmann (ARDC #06256064)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000
albert.hartmann@dlapiper.com

**CERTIFICATE OF SERVICE**

      I, Albert E. Hartmann, an attorney, depose and state that on December 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also caused a true and correct copy of the foregoing to be served on the following party at the indicated address by First Class United States Mail:

Larry Floyd
815 North Harlem Avenue
Oak Park, IL 60302

                                         s/ Albert E. Hartmann
                                         Albert E. Hartmann