**07 C 7239**

**JUDGE CONLON**
**MAGISTRATE JUDGE VALDEZ**

# EXHIBIT 1

Complaint-Verified (This form replaces CCMD-8A)  CCM N008-50M-2/25/05(  )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LARRY FLOYD

Plaintiff(s)

v.

TRANS UNION, LLC

Defendant(s)

No. *2007l207385*

Contract _____

Amount Claimed $ 5,000

Return Date × 1-2-08

# COMPLAINT

The Plaintiff(s) claim(s) as follows:

I, Larry Floyd bring this complaint for injunctive and declaratory relief pursuant to section 611[15USC1681i(a)] of the Fair Credit Reporting Act in that Trans Union,LLC has place adverse action on my credit and has refuse to check for completeness and accuracy of the information that is in there repository.

(1) July 7,2000 Chapter 7 Bankruptcy account #200191815 amount $0 incorrectly reported on credit report.

(2) Mortgage account #466700246 amount $868 incorrectly reported on credit report.

(3) Dec 2006 account #748xxxx amount $665 incorrectly reported on credit report.

(4) Jan 2006 account 5xxxx amount $908 incorrectly reported on credit report.

(5) Recent slow payment history, and insufficient number of satisfactory trades. Lack of sufficient installment credit history.

I AM REQUESTING THAT THE COURTS COMPEL TRANS UNION, LLC TO REMOVE ALL OF THE ABOVE LISTED DEROGATORY.

I, LARRY FLOYD , certify that I am the _____
(Name)                                                                            (Name of Attorney if applicable)
plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____  Pro Se 99500     Dated: 11-20, 2007

Atty. (or Pro Se Plaintiff):

Name: LARRY FLOYD

Address: 815 N HARLEM

City/State/Zip: OAK PARK, IL. 60302

Telephone: 773 858 1079

/s/ Larry Floyd
Signature

☐ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the abovesigned certifies that the statements set forth herein are true and correct.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ORIGINAL COURT FILE