IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY FLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07 C 7239 |
| | ) | |
| TRANSUNION CONSUMER SOLUTIONS, | ) | Judge Conlon |
| | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

**DEFENDANT TRANS UNION LLC'S**
**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Trans Union LLC ("Trans Union") submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

All affiliates of the party: TransUnion Corp.

Date: December 31, 2007

Respectfully submitted,

**TRANS UNION LLC**

By: /s/ Sharon R. Albrecht
One of Its Attorneys

Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000

CHGO1\31136079.1

**CERTIFICATE OF SERVICE**

    I, Sharon R. Albrecht, an attorney, depose and state that on December 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also caused a true and correct copy of the foregoing to be served on the following party at the indicated address by First Class United States Mail:

Larry Floyd
815 North Harlem Avenue
Oak Park, IL 60302

                                                     s/ Sharon R. Albrecht
                                                     Sharon R. Albrecht