# Exhibit 1

DR 11/30/2007 (00KR44) 57.10383.6040287

November 27, 2007

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

To Whom It May Concern:

Enclosed is a copy of the complaint that I (Larry Floyd ssn ███████, dob ███████)

will file under a Breach of Contract with the Circuit Court of Cook County, Illinois

I am provide you with an opportunity first to review and correct any all misleading

derogatory that was placed on my credit report without a full investigation to determine

the completeness and truthness of the source.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME AT 773 333 1576.

Thank you for your prompt attention to this matter.

Sincerely,

*[signature]*

Larry Floyd
815 N. Harlem
Oak Park, IL 60302

Complaint-Verified (This form replaces CCMD-8A)    CCM N008-50M-2/25/05(

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LARRY FLOYD

Plaintiff(s)

v.

TRANS UNION, LLC

Defendant(s)

No. 20071207385

Contract _____

Amount Claimed $ 5,000

Return Date 1-2-08

## COMPLAINT

The Plaintiff(s) claim(s) as follows:

I, Larry Floyd bring this complaint for injunctive and declaratory relief pursuant to section 611[15USC1681i(a)] of the Fair Credit Reporting Act in that Trans Union, LLC has place adverse action on my credit and has refuse to check for completeness and accuracy of the information that is in there repository.

(1) July 7, 2000 Chapter 7 Bankruptcy account #200191815 amount $0 incorrectly reported on credit report.

(2) Mortgage account #466700246 amount $868 incorrectly reported on credit report.

(3) Dec 2006 account #748xxxx amount $665 incorrectly reported on credit report.

(4) Jan 2006 account 5xxxx amount $908 incorrectly reported on credit report.

(5) Recent slow payment history, and insufficient number of satisfactory trades. Lack of sufficient installment credit history.

I AM REQUESTING THAT THE COURTS COMPEL TRANS UNION, LLC TO REMOVE ALL OF THE ABOVE LISTED DEROGATORY.

I, LARRY FLOYD
_____, certify that I am the _____
(Name)                                                                         (Name of Attorney if applicable)
plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____    Pro Se 99500    Dated: 11-20-07

Atty. (or Pro Se Plaintiff):
Name: LARRY FLOYD
Address: 815 N HARLEM
City/State/Zip: OAK PARK, IL. 60302
Telephone: 773 858 1079

Signature

☐ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the abovesigned certifies that the statements set forth herein are true and correct.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ORIGINAL COURT FILE

2201 - Served    2221 - Not Served    2621 - Sec. of State
2121 - Alias Served    2221 - Alias Not Served    2621 - Alias Sec. of State
Summons (This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649-2 thru 6)    CCM N649-100M-2/03/06 (    )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### _____ MUNICIPAL DISTRICT

Name All Parties

_Laurel Floyd_

Plaintiff(s)

v.

_TransUnion Consumer Solutions_

Defendant(s)

_555 W. Adams Chgo IL 60661_

Address of Defendant(s)

Case No. _2007 120 7395_
Amount Claimed: $ _5,000.00_
Appearance Filing/Return Date: _1-2-08_
Status Date: _____
Trial Date: _____
Time: _____ Room: _____

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in:

☒ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077    ☐ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
☐ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153

on _1-2-08_, _____, between the hours of 8:30 a.m. and 2:30 p.m.;

☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008    ☐ District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60428

on _____, _____, before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.

Atty. No.: _PRO SE_
Name: _Laurel Floyd_
Atty. for: _____
Address: _515 N. Harlem_
City/State/Zip: _Oak Park IL 60301_
Telephone: _773 855-1079_

WITNESS, _____

**DOROTHY BROWN NOV 20 2007**

DOROTHY BROWN, Circuit Court Clerk

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

SEE REVERSE SIDE

Service by Facsimile Transmission will be accepted at: _____
(Area Code)    (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

815 N Lombard
Oak Park, IL 60302

CAROL STREAM IL 601
27 NOV 2007 PM 1 T

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000