# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7239 | **DATE** | 1/15/2008 |
| **CASE TITLE** | FLOYD vs. TRANS UNION LLC | | |

**DOCKET ENTRY TEXT**

The parties shall comply with FRCP 26(a)(1) by January 28, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda is due by May 14, 2008. Joint pretrial order submission and agreed pattern jury instructions are set on June 4, 2008 @ 9:00 a.m.; plaintiff shall submit a draft pretrial order and proposed jury instructions to defendant by 5/28/08. The case is placed on the June trial calender. THESE ARE FIRM DATES. Pro se litigants may seek assistance through the Distict Court self-help assistance program by making an appointment at the Clerk's Office Intake Desk on the 20th floor or by calling 312-435-5691.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|