

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: LARRY FLOYD
(Please print)

STREET ADDRESS: 815 N. Harlem

CITY/STATE/ZIP: Oak Park, IL 60302

PHONE NUMBER: 773-858-1079

CASE NUMBER: 07 C 7239

Signature

Date: 1-22-08

FILED
JAN 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT