IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY FLOYD ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action 07 CV 7239 |
| ) | |
| TRANS UNION, LLC, ) | Judge Conlon |
| ) | |
| Defendant. ) | Magistrate Judge Valdez |

### STIPULATION OF DISMISSAL *WITH PREJUDICE*

It is hereby stipulated and agreed by and between the Plaintiff and Defendant TRANS UNION LLC that said action against TRANS UNION LLC be dismissed with prejudice and without an award of costs to any party.

Date: April 10, 2008

TRANS UNION LLC

_____
One of its attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000

Date: 4-10-, 2008

LARRY FLOYD

_____
Pro se

Larry Floyd
815 North Harlem Avenue
Oak Park, IL 60302

CHGO1\30997405.1