## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7239 | **DATE** | 4/15/2008 |
| **CASE TITLE** | LARRY FLOYD vs. TRANS UNION, LLC | | |

**DOCKET ENTRY TEXT**

The case is dismissed with prejudice and without costs pursuant to stipulation. Submission of the joint final pre-trial order on June 4, 2008 is vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|